**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| HOUSING AUTHORITY OF THE COUNTY OF ARMSTRONG, | : | No. 72 WAL 2024 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| JOSEPH S. GLUZ, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.